**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Christina Christensen, on behalf of herself
and all others similarly situated,

Plaintiff(s),

vs.

Integrated Home Solutions LLC,

Defendant(s).

Case # 2:26-cv-1687-APG-DJA

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

___Bryan A. Giribaldo___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.  That Petitioner is an attorney at law and a member of the law firm of

Pardell, Kruzyk & Giribaldo, PLLC
(firm name)

with offices at ___7500 Rialto Blvd., Suite 1-250___.
(street address)

___Austin___, ___Texas___, ___78735___,
(city)     (state)     (zip code)

___(561) 726-8444___, ___bgiribaldo@pkglegal.com___.
(area code + telephone number)     (Email address)

2.  That Petitioner has been retained personally or as a member of the law firm by

___Christina Christensen___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____March 20, 2015_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Florida_____
                                                                                    (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| see attached appendix | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Texas__ )

COUNTY OF __Dallas__ )

__Bryan Giribaldo__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__01__ day of __06__, __2026__.

MARIBEL JAMILLO
Notary ID #131785424
My Commission Expires
April 10, 2027

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Lawrence W. Freiman___,
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____100 Wilshire Boulevard, Suite 700_____,
(street address)

__Santa Monica__, __California__, __90401__,
(city)                    (state)              (zip code)

__(310) 917-1004__, __lawrence@freimanlegal.com__.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Lawrence Freiman_____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
Christina (Jun 2, 2026 07:50:25 PDT)
(party's signature)

Christina Christensen
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10588                      lawrence@freimanlegal.com
Bar number                 Email address

APPROVED:

Dated: this __5th__ day of __June_____, 20 _26_.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 29, 2026

Re: Bryan Andre Giribaldo, State Bar Number 24124547

To Whom It May Concern:

This is to certify that Bryan Andre Giribaldo was licensed to practice law in Texas on August 12, 2021, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon    )         In Re:  0115120
                                        Bryan Andre Giribaldo
                                        Pardell, Kruzyk & Giribaldo, PLLC
                                        2346 Haven Bluff Ct
                                        New Braunfels, TX 78132-4349

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **March 20, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  29th  day of **May, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-414292

| Court | Date Admitted | Registration Number (if any) | Good Standing? |
|---|---|---|---|
| State of Florida | March 20, 2015 | 115120 | Yes |
| Middle District of Florida | June 12, 2015 | | Yes |
| Southern District of Florida | August 16, 2022 | | Yes |
| State of Texas | August 12, 2021 | 24124547 | Yes |
| Southern District of Texas | April 28, 2021 | 3657465 | Yes |
| Western District of Texas | October 14, 2021 | | Yes |
| Eastern District of Texas | January 14, 2021 | | Yes |
| Northern District of Texas | February 3, 2021 | 115120FL | Yes |
| Fifth Circuit Court of Appeals | November 17, 2021 | | Yes |
| District of Colorado | August 26, 2024 | | Yes |
| Eastern District of Missouri | November 25, 2025 | 24124547TX | Yes |
| Northern District of Illinois | February 2, 2026 | 24124547 | Yes |